September 24, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SAMMY VELA, Appellant

NO. 14-12-00822-CV                    V.

THERESA VELA, Appellee

_____

This court today heard a motion for rehearing and reconsideration en banc filed by appellant Sammy Vela. We deny the motion for rehearing, deny the motion for reconsideration en banc as moot, and order that this court's former judgment of July 18, 2013, be vacated, set aside, and annulled. We further order this court's memorandum opinion of July 18, 2013, withdrawn.

This cause, a restricted appeal from the final summary judgment in favor of appellee, Theresa Vela, signed March 5, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Sammy Vela to pay all costs incurred in this appeal.

We further order this decision certified below for observance.